AO 257 (Rev 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: [X] COMPLAINT [ ] INFORMATION [ ] INDICTMENT

Name of District Court, and/or Judge/Magistrate Location (City)

**OFFENSE CHARGED**

Knowingly and willfully conspire to attempt to export and /or cause to be exported into Mexico from the US a defense article, to wit: Roni pistol G-2 to carbine conversion kits, which were designated as defense article on the Unites States Monitions List, without having first obtained from the Department of State a license for such export.

[ ] Petty
[ ] Minor
[ ] Misde-meanor
[X] Felony

Place of offense:
Brownsville, Texas

U.S.C. Citation
22 USC 2778

United States District Court
Southern District of Texas
FILED
MAR 3 0 2015

Southern District of Texas
Ignacio Torteya, III, U.S. Magistrate Judge
Brownsville, Texas

DEFENDANT - U.S. vs.    David J. Bradley, Clerk of Court

Ruben SOSA

Address |

Birth
date [████]/1988

[X] Male
[ ] Female

[X] Alien
(if applicable)

(Optional unless a juvenile)

B 15-296-MJ

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
   U.S. Immigration and Customs Enforcement

Homeland Security Investigations

[ ] person is awaiting trial in another Federal or State Court, give name of court

[ ] this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

[ ] this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   [ ] U. S. Att'y    [ ] Defense

SHOW
DOCKET NO.

[ ] this prosecution relates to a pending cause involving this same defendant

[ ] prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE
CASE NO.

Name and Office of Person
Furnishing Information on
   THIS FORM

Edgar Figueroa
Special Agent
[ ] U.S. Att'y    [ ] Other U. S. Agency

Name of Asst. U.S. Att'y
(if assigned)

**DEFENDANT**

**IS NOT IN CUSTODY**
1) [ ] Has not been arrested, pending outcome this proceeding
   If not detained give date any prior summons was served on above charges

2) [ ] Is a Fugitive
3) [ ] Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) [X] On this charge
5) [ ] On another conviction
   [ ] Fed'l [ ] State
6) [ ] Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer
been filed?
[x] Yes
[ ] No

If "Yes"
give date
filed    03/27/2015
   Mo    Day    Year

DATE OF
ARREST    03/27/2015
Or... if Arresting Agency & Warrant were not Federal
   Mo.    Day    Year

DATE TRANSFERRED
TO U.S. CUSTODY |

[ ] This report amends AO 257 previously submitted

*ADDITIONAL INFORMATION OR COMMENTS*